No. 239. James F. Taylor et al., Appellants, *v.*
United States. Appeal from the United States Circuit
Court of Appeals for the Fifth Circuit. Submitted
March 20, 1918. Decided April 15, 1918. *Per Curiam.*

Judgment affirmed upon the authority of *Washington Securities Co.* v. *United States,* 234 U. S. 76, 78; *Wright-Blodgett Co.* v. *United States,* 236 U. S. 397, 402–405; *Linn & Lane Timber Co.* v. *United States,* 236 U. S. 574, 575, 576. *Mr. R. E. Milling* and *Mr. E. H. Randolph* for appellants. *Mr. Assistant Attorney General Kearful* for the United States.